Certificate Number: 03088-PAM-DE-037362283

Bankruptcy Case Number: 23-00607


03088-PAM-DE-037362283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 20, 2023</u>, at <u>9:17</u> o'clock <u>AM CDT</u>, <u>Lashawn G Tillery</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 20, 2023</u>　　　By: <u>/s/Doug Tonne</u>

　　　　　　　　　　　　　　Name: <u>Doug Tonne</u>

　　　　　　　　　　　　　　Title: <u>Counselor</u>