United States Bankruptcy Court
Middle District of Pennsylvania

In re:    Case No. 23-00607-MJC
LaShawn G. Tillery    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: Apr 24, 2023    Form ID: ntcnfhrg    Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaShawn G. Tillery, 504 Twin Pine Lane, Tobyhanna, PA 18466-8342 |
| 5529235 | | Amerihome Mortgage Co., LLC, 425 Phillips Blvdl Cenlar, Trenton, NJ 08618 |
| 5529240 | + | Lending USA LLC, 15303 Ventura Blvd, Sherman Oaks, CA 91403-3110 |
| 5529242 | + | Powerpay, 2900 Horizon Dr Suite 200, King of Prussia, PA 19406-2651 |
| 5529244 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 24 2023 18:47:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529236 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2023 18:47:18 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5532576 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2023 18:47:18 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5529238 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2023 18:47:27 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5529239 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2023 18:39:00 | Comenity Bank/Kay Jewelers, P.O. Box 182789, Columbus, OH 43218-2789 |
| 5529241 | | Email/Text: EBN@Mohela.com | Apr 24 2023 18:39:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5534880 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2023 18:39:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 5529499 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5529243 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 18:47:18 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5529411 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 18:47:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529588 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 24 2023 18:47:26 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5529237 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC mfarrington@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 LaShawn G. Tillery donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| :--- | :--- |
| LaShawn G. Tillery, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−00607−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 25, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 1, 2023<br><br>Time: 10:00 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 24, 2023 |

ntcnfhrg (08/21)

Case 5:23-bk-00607-MJC    Doc 18    Filed 04/26/23    Entered 04/27/23 00:23:00    Desc
Imaged Certificate of Notice    Page 3 of 3