IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LASHAWN G. TILLERY | : | |
| Debtors | : | CASE NO. 5:23-bk-00607 MJC |
| | : | |
| LASHAWN G. TILLERY | : | |
| Movant | : | |
| Vs. | : | |
| AMERIHOME MORTGAGE CO., LLC | : | |
| C/O CENLAR FSB | : | |
| | : | |
| JACK N. ZARAPOPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Respondents | : | |
| | : | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby that the above-named Debtors filed a Motion to Modify the Confirmed Plan on August 7, 2024 in the United States Bankruptcy Court. Objections to said Third Amended Plan shall be filed with the Clerk, U. S. Bankruptcy Court, Max Rosenn U. S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 on or before August 28, 2024. All Objections shall conform to the Federal Rules of Bankruptcy Procedure and shall be served upon counsel for Debtors and upon the Case Trustee.

The Third Amended Plan will supersede the previously filed plan. A copy of the Third Amended Plan is enclosed with this notice.

If no objections are timely filed and properly served, the court may enter an Order granting the Motion and approving the Third Amended Plan filed August 7, 2024.

Dated: August 7, 2024                   Respectfully submitted,

/s/ Timothy B. Fisher, II
Timothy B. Fisher, II, Esquire
Attorney ID#85800
FISHER & FISHER LAW OFFICES
P.O. Box 396
Gouldsboro, PA  18424
P#(570) 842-2753/F#(570) 842-8979