IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | CHAPTER 13 | |
| LASHAWN G. TILLERY : | | |
| Debtors : | CASE NO. 5:23-bk-00607 MJC | |
| : | | |
| LASHAWN G. TILLERY : | | |
| Movant : | | |
| Vs. : | | |
| AMERIHOME MORTGAGE CO., LLC : | | |
| C/O CENLAR FSB : | | |
| : | | |
| JACK N. ZARAPOPOULOS, : | | |
| STANDING CHAPTER 13 TRUSTEE : | | |
| Respondents : | | |
| : | | |

**ORDER APPROVING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on August 7, 2024 , Dkt. # \_\_\_\_, and the Debtor having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby ORDERED that the Motion is GRANTED and the Debtor's Amended Plan filed in conjunction with the Motion is hereby approved and shall be ADOPTED as the Confirmed Chapter 13 Plan, as Modified.